**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY LTD., *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES LTD., *et al*., <br><br> Defendants. | Civ. A. No. 3:19-cv-00449 (SRU) <br><br><br><br><br><br><br><br> December 2, 2019 |

**JOINT STATUS REPORT**

Plaintiffs, The Phoenix Insurance Company Ltd., The Phoenix Pension Ltd., Excellence Gemel & Hishtalmut Ltd., Excellence Kesem ETNS, and Excellence Mutual Funds, and Defendants, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Erez Vigodman, Eyal Desheh, Sigurdur Olafsson, Yaacov Altman, Allan Oberman, Yitzhak Peterburg, Dipankar Bhattacharjee, Michael McClellan, Deborah Griffin, and Maureen Cavanaugh (collectively, the "Parties") jointly submit this status report to the Court. The Parties state as follows:

1. This action and 15 other direct actions pending in this District are related to the pending putative class action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:17-cv-00558 (SRU) (the "*Ontario* Action").

2. Per this Court's May 30, 2019 Order (ECF No. 71), this action has been stayed pending a decision on the motions to dismiss of the defendants in the *Ontario* Action. The Order required the Parties to meet and confer within 21 days of that decision, and propose to the Court a schedule for further proceedings or a further deferment of or motion to stay proceedings. (*Id.*)

3. On September 25, 2019, this Court denied in substantial part the motions to dismiss of the majority of the defendants in the *Ontario* Action. *Ontario*, ECF No. 283 (Sept. 25, 2019) (the "September 25 Order").

4. On October 16, 2019, the Parties submitted a Joint Status Report (ECF No. 100), stating that the Parties were engaged in meet and confer discussions in an effort to reach an agreement on the scheduling of further proceedings that would enable this Court and the parties to manage the related actions in an efficient and streamlined manner. The Parties then committed to providing the Court with a subsequent status report by two weeks after the Court entered a scheduling order in the *Ontario* Action.

5. On November 18, 2019, the Court issued a Civil Case Management Order in the *Ontario* Action requiring that the parties in the *Ontario* Action "make submissions regarding the consolidation of [the *Ontario* Action] and the 19 other related actions," including this action, "no later than December 13, 2019." *Ontario*, ECF No. 298 (Nov. 18, 2019).

6. Consistent with the Parties' October 16, 2019 Joint Status Report and the Court's November 18, 2019 Civil Case Management Order in the *Ontario* Action, the Parties are engaged in meet and confer discussions in an effort to reach an agreement that will enable this Court and the parties to manage the related actions in an efficient and streamlined manner, and that the parties in the *Ontario* Action will make a submission to the Court no later than December 13, 2019. At the same time, the Parties will submit a schedule for Plaintiffs to file an amended complaint and a briefing schedule in the event that Defendants move to dismiss.

Respectfully submitted,

By: */s/ William H. Narwold*
    William H. Narwold (ct 00133)
    Mathew P. Jasinski (ct 27520)
    MOTLEY RICE LLC
    20 Church Street, 17th Floor
    Hartford, CT  06103
    Tel:  (860) 882-1676
    Fax: (860) 882-1682
    bnarwold@motleyrice.com
    mjasinski@motleyrice.com

    Luke O. Brooks (*pro hac vice*)
    Chad Johnson (*pro hac vice*)
    Ryan A. Llorens (*pro hac vice*)
    Eric I. Niehaus (*pro hac vice*)
    Angel P. Lau (*pro hac vice*)
    Sara B. Polychron (*pro hac vice*)
    Jeffrey J. Stein (*pro hac vice*)
    Erika Oliver(*pro hac vice*)
    ROBBINS GELLER RUDMAN
     & DOWD LLP
    655 West Broadway, Suite 1900
    San Diego, CA  92101
    Tel:  (619) 231-1058
    Fax: (619) 231-7423
    lukeb@rgrdlaw.com
    chadj@rgrdlaw.com
    ryanl@rgrdlaw.com
    eniehaus@rgrdlaw.com
    alau@rgrdlaw.com
    spolychron@rgrdlaw.com
    jstein@rgrdlaw.com
    eoliver@rgrdlaw.com

*Counsel for Plaintiffs*

Respectfully submitted,

By: */s/ Jill M. O'Toole*
    Jill M. O'Toole (ct 27116)
    SHIPMAN & GOODWIN LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Tel.: (860) 251-5000
    Fax: (860) 251-5218
    jotoole@goodwin.com

    Jordan D. Hershman (*pro hac vice*)
    Jason D. Frank (*pro hac vice*)
    Emily E. Renshaw (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    One Federal Street
    Boston, MA  02110-1726
    Tel:  (617) 951-8000
    Fax:  (617) 951-8736
    jordan.hershman@morganlewis.com
    jason.frank@morganlewis.com
    emily.renshaw@morganlewis.com

*Counsel for Defendants*